Decided February 15, 2001

IN RE DEANA E. ET AL.

The respondent father Celso S.' petition for certification for appeal from the Appellate Court, 61 Conn. App. 197 (AC 20376), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Dale H. King*, in support of the petition.

*Jane R. Rosenberg*, assistant attorney general, in opposition.

Decided February 15, 2001

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.